NOV-JSG 000292

*Instructions: Use this checklist during the field session to evaluate operator proficiency. It can also be used for periodic evaluation to ensure that operators are continuing to operate forklifts properly.*

| Operator Name | JOSE GARZA | | | | | |
| Evaluator Name | BILL BUTLER | | | | | |
| Date Of Evaluation | 07/28/05 | Equipment Operated | FKSEL SO | | | |

| Operator Behaviors | Good | Fair | Poor | N/A | Comments |
|---|---|---|---|---|---|
| **Preuse Inspection** | | | | | |
| 1. Follow the Operator's Daily Checklist. | ☐ | ☐ | ☐ | ☐ | |
| 2. Look for damage. | ☐ | ☐ | ☐ | ☐ | |
| 3. Document all findings on the checklist. | ☐ | ☐ | ☐ | ☐ | |
| **Picking Up A Load** | | | | | |
| 1. Square up on the center of the load. | ☐ | ☐ | ☐ | ☐ | |
| 2. Stop with the fork tips about 1 foot from the load. | ☐ | ☐ | ☐ | ☐ | |
| 3. Clear personnel from the area near the load. | ☐ | ☐ | ☐ | ☐ | |
| 4. Level the forks; then slowly drive forward until the load contacts the carriage. | ☐ | ☐ | ☐ | ☐ | |
| 5. Lift the load carefully and smoothly until it is clear. | ☐ | ☐ | ☐ | ☐ | |
| 6. Tilt the mast back slightly to stabilize the load. | ☐ | ☐ | ☐ | ☐ | |
| 7. Look over both shoulders. | ☐ | ☐ | ☐ | ☐ | |
| 8. After out and stopped, lower the load to travel height. | ☐ | ☐ | ☐ | ☐ | |
| **Traveling** | | | | | |
| 1. Do not raise or lower the load and forks while traveling. | ☐ | ☐ | ☐ | ☐ | |
| 2. Maintain a safe speed. | ☐ | ☐ | ☐ | ☐ | |
| 3. Observe all traffic rules, warning signs, floor load limits and overhead clearances. | ☐ | ☐ | ☐ | ☐ | |
| 4. Keep arms and legs inside the forklift. | ☐ | ☐ | ☐ | ☐ | |
| 5. Follow other vehicles at a safe distance. | ☐ | ☐ | ☐ | ☐ | |
| 6. Slow down when cornering. | ☐ | ☐ | ☐ | ☐ | |
| 7. Use the horn to alert others. | ☐ | ☐ | ☐ | ☐ | |
| 8. Travel with the load facing uphill while on a ramp or incline. | ☐ | ☐ | ☐ | ☐ | |
| 9. Stop smoothly. | ☐ | ☐ | ☐ | ☐ | |
| **Putting Down A Load** | | | | | |
| 1. Make sure there is sufficient clearance for the load. | ☐ | ☐ | ☐ | ☐ | |
| 2. Clear personnel from the area near the load. | ☐ | ☐ | ☐ | ☐ | |
| 3. Square up to the location; then stop about 1 foot away. | ☐ | ☐ | ☐ | ☐ | |

| Operator Behaviors | Good | Fair | Poor | N/A | Comments |
|---|---|---|---|---|---|
| **Putting Down A Load (continued)** | | | | | |
| 4. Raise the load to placement level. | ☐ | ☐ | ☐ | ☐ | |
| 5. Move slowly forward. | ☐ | ☐ | ☐ | ☐ | |
| 6. If the load is on a pallet, lower it into position and lower the forks further. | ☐ | ☐ | ☐ | ☐ | |
| 7. Look over both shoulders before backing out. | ☐ | ☐ | ☐ | ☐ | |
| 8. Back straight out until the forks have cleared. | ☐ | ☐ | ☐ | ☐ | |
| 9. Lower the forks to traveling position. | ☐ | ☐ | ☐ | ☐ | |
| **Parking** | | | | | |
| 1. Fully lower the forks. | ☐ | ☐ | ☐ | ☐ | |
| 2. Neutralize the controls. | ☐ | ☐ | ☐ | ☐ | |
| 3. Set the brakes. | ☐ | ☐ | ☐ | ☐ | |
| 4. Turn off the power. | ☐ | ☐ | ☐ | ☐ | |
| 5. If parked on an incline, block the wheels. | ☐ | ☐ | ☐ | ☐ | |
| 6. Park only in authorized areas. | ☐ | ☐ | ☐ | ☐ | |
| **Fueling And Battery Recharging** | | | | | |
| 1. Engine off. | ☐ | ☐ | ☐ | ☐ | |
| 2. Fire extinguisher nearby. | ☐ | ☐ | ☐ | ☐ | |
| 3. Proper Personal Protective Equipment (PPE). | ☐ | ☐ | ☐ | ☐ | |
| 4. Safe fueling and battery recharging procedures followed. | ☐ | ☐ | ☐ | ☐ | |
| 5. Spills cleaned up immediately. | ☐ | ☐ | ☐ | ☐ | |

☑ Based on my evaluation, the operator has successfully completed the evaluation and is qualified to operate the following equipment:

Equipment Type _____

☐ Based on my evaluation, the operator has not demonstrated competence in operating the following equipment:

Equipment Type _____

Evaluator Signature _Bill Butler_

Operator Signature _____


PLAINTIFF'S
EXHIBIT
21
tabbies®

NOV-JSG 000293

# Forklift Operator Evaluation Form

*Instructions: Use this checklist during the field session to evaluate operator proficiency. It can also be used for periodic evaluation to ensure that operators are continuing to operate forklifts properly.*

Operator Name: __A Garza__  Equipment Operated: __Hyster 50 FORKLIFT__

Date Of Evaluation: __03/29/06__

Evaluator Name: __Bill Bauer__

| Operator Behaviors | Good | Fair | Poor | N/A | Comments |
|---|---|---|---|---|---|
| **Preuse Inspection** | | | | | |
| 1. Follow the Operator's Daily Checklist. | ☐ | ☐ | ☐ | ☐ | |
| 2. Look for damage. | ☑ | ☐ | ☐ | ☐ | |
| 3. Document all findings on the checklist. | ☑ | ☐ | ☐ | ☐ | |
| **Picking Up A Load** | | | | | |
| 1. Square up on the center of the load. | ☐ | ☐ | ☐ | ☐ | |
| 2. Stop with the fork tips about 1 foot from the load. | ☐ | ☐ | ☐ | ☐ | |
| 3. Clear personnel from the area near the load. | ☐ | ☐ | ☐ | ☐ | |
| 4. Level the forks; then slowly drive forward until the load contacts the carriage. | ☐ | ☐ | ☐ | ☐ | |
| 5. Lift the load carefully and smoothly until it is clear. | ☐ | ☐ | ☐ | ☐ | |
| 6. Tilt the mast back slightly to stabilize the load. | ☐ | ☐ | ☐ | ☐ | |
| 7. Look over both shoulders. | ☐ | ☐ | ☐ | ☐ | |
| 8. After out and stopped, lower the load to travel height. | ☐ | ☐ | ☐ | ☐ | |
| **Traveling** | | | | | |
| 1. Do not raise or lower the load and forks while traveling. | ☐ | ☐ | ☐ | ☐ | |
| 2. Maintain a safe speed. | ☐ | ☐ | ☐ | ☐ | |
| 3. Observe all traffic rules, warning signs, floor load limits and overhead clearances. | ☐ | ☐ | ☐ | ☐ | |
| 4. Keep arms and legs inside the forklift. | ☐ | ☐ | ☐ | ☐ | |
| 5. Follow other vehicles at a safe distance. | ☐ | ☐ | ☐ | ☐ | |
| 6. Slow down when cornering. | ☐ | ☐ | ☐ | ☐ | |
| 7. Use the horn to alert others. | ☐ | ☐ | ☐ | ☐ | |
| 8. Travel with the load facing uphill while on a ramp or incline. | ☐ | ☐ | ☐ | ☐ | |
| 9. Stop smoothly. | ☐ | ☐ | ☐ | ☐ | |
| **Putting Down A Load** | | | | | |
| 1. Make sure there is sufficient clearance for the load. | ☐ | ☐ | ☐ | ☐ | |
| 2. Clear personnel from the area near the load. Square up to the location; then stop about 1 foot away. | ☐ | ☐ | ☐ | ☐ | |

| Operator Behaviors | Good | Fair | Poor | N/A | Comments |
|---|---|---|---|---|---|
| **Putting Down A Load (continued)** | | | | | |
| 4. Raise the load to placement level. | ☐ | ☐ | ☐ | ☐ | |
| 5. Move slowly forward. | ☐ | ☐ | ☐ | ☐ | |
| 6. If the load is on a pallet, lower it into position and lower the forks further. | ☐ | ☐ | ☐ | ☐ | |
| 7. Look over both shoulders before backing out. | ☐ | ☐ | ☐ | ☐ | |
| 8. Back straight out until the forks have cleared. | ☐ | ☐ | ☐ | ☐ | |
| 9. Lower the forks to traveling position. | ☐ | ☐ | ☐ | ☐ | |
| **Parking** | | | | | |
| 1. Fully lower the forks. | ☐ | ☐ | ☐ | ☐ | |
| 2. Neutralize the controls. | ☐ | ☐ | ☐ | ☐ | |
| 3. Set the brakes. | ☐ | ☐ | ☐ | ☐ | |
| 4. Turn off the power. | ☐ | ☐ | ☐ | ☐ | |
| 5. If parked on an incline, block the wheels. | ☐ | ☐ | ☐ | ☐ | |
| 6. Park only in authorized areas. | ☐ | ☐ | ☐ | ☐ | |
| **Fueling And Battery Recharging** | | | | | |
| 1. Engine off. | ☐ | ☐ | ☐ | ☐ | |
| 2. Fire extinguisher nearby. | ☐ | ☐ | ☐ | ☐ | |
| 3. Proper Personal Protective Equipment (PPE). | ☐ | ☐ | ☐ | ☐ | |
| 4. Safe fueling and battery recharging procedures followed. | ☐ | ☐ | ☐ | ☐ | |
| 5. Spills cleaned up immediately. | ☐ | ☐ | ☐ | ☐ | |

☐ Based on my evaluation, the operator has successfully completed the evaluation and is qualified to operate the following equipment:

Equipment Type _____

☐ Based on my evaluation, the operator has not demonstrated competence in operating the following equipment:

Equipment Type _____

Evaluator Signature _____

Operator Signature _____

NOV-JSG 000083

# NATIONAL OILWELL

## DEPARTMENT TALLY SHEET

### ASSEMBLY MECHANIC

| DEPT DRAWWORKS | SUB-ASSY CELL | REVIEW DATE 4/26/07 |
|---|---|---|

### JOB SKILL ATTRIBUTES RATINGS

| pts | |
|---|---|
| 0-3 | Performs well below the required proficiency level for all job requirements and must improve. |
| 4-6 | Performs somewhat below the required proficiency level for all job requirements and needs some improvement. |
| 7-16 | Performs at the required proficiency level for all job requirements. |
| 17-19 | Performs somewhat above the required proficiency level for all job requirements. |
| 20-22 | Performs well above the required proficiency level for all job requirements. |

### EMPLOYEES

Jose Garza

### JOB SKILL ATTRIBUTES / JOB SKILL RATINGS

| # | Attribute | Jose Garza |
|---|---|---|
| 1 | Demonstrates the ability to read, interpret and understand complex blue prints, sketches, bills of materials, work orders, and procedures. | 8 |
| 2 | Demonstrates the ability to apply general math skills and to use micrometers, calipers, dial gauges, etc. to ensure that subassemblies are assembled within required tolerances. | 15 |
| 3 | Demonstrate the ability to use torque wrenches, hydraulic rams, air tools and test equipment to efficiently and safely perform the assembly process. Maintain functioning tools and return tools to porper location. | 15 |
| 4 | Demonstrates proficiency in 1 or more types of assembly procedures, including safe and proper production techniques. | 16 |
| 5 | Demonstrates the ability to assemble parts and components within the specified tolerances, in time with the production schedule and standard work hours, and with minimal re-work. | 13 |
| 6 | Demonstrates the ability to safely and properly operate and handle shop equipment and expendables, such as, oxygen acetylene bottles, hoses, safety equipment, forklifts, cranes, slings, chains, other shop supplies and promptly report defective equipment. | 15 |
| 7 | Performs and regularly documents in-process inspections accurately to ensure parts and assemblies meet production specifications and quality standards. | 15 |
| 8 | Operates and maintains test equipment. Demonstrates proficiency in one or more types of testing | 9 |
| 9 | Perform work using safe and proper techniques. Ensures that safety and test procedures are understood and followed by all individuals in area. | 7 |
| 10 | Communicates effectively with production personnel, engineering or others by providing constructive feedback in problem solving efforts. | 14 |
| BONUS | Demonstrates the ability to perform multiple tasks outside the scope of the current work assignment while maintaining production. (Use 10-20 points since we are grading PROFICIENT machine operation or other task performance.) | 10 |
| | TOTAL SKILL SCORES | 134 |

NOV-JSG 000084

## WORK PERFORMANCE ATTRIBUTES RATINGS

| | EMPLOYEES |
|---|---|
| 0-5 pts | Employee performs consistently below the job requirements and needs significant improvement. |
| 6-10 pts | Employee occasionally performs below the job requirements and needs improvement in some areas. |
| 11-15 pts | Employee consistently performs to meet the job requirements and no improvement is needed. |
| 16-20 pts | Employee consistently exceeds the job requirements. |

## WORK PERFORMANCE ATTRIBUTES / WORK PERFORMANCE RATINGS

| # | Attribute | Rating |
|---|---|---|
| 1 | ATTENDANCE - Employee demonstrates dependability by coming to work each day and on special shifts, as scheduled. | 14 |
| 2 | PUNCTUALITY - Employee demonstrates dependability by consistently coming to work on time and promptly observes scheduled breaks. | 14 |
| 3 | AVAILABILITY - Employee demonstrates dependability by working through scheduled shifts and working overtime, including weekends, as agreed. | 15 |
| 4 | PERSONAL TOOLS - Employee maintains required tools for specificed job position. | 16 |
| 5 | INITIATIVE - Employee readily volunteers for increased responsibility, takes independent actions, looks for and takes advantage of opportunities, but asks for help when needed. | 16 |
| 6 | TIME MANAGEMENT - Employee effectively manages time to complete work in the allotted time. | 15 |
| 7 | HOUSEKEEPING - Employee maintains a clean and safe work area. | 17 |
| 8 | SAFETY AWARENESS - Employee performs work safely and observes safety and environmental rules. Promptly reports violations of safe work practices, unsafe equipment and environmental hazards. | 16 |
| 9 | TEAMWORK - Employee works well with others. | 10 |
| 10 | SUPERVISORY AND CO-WORKER RELATIONSHIPS - Employee co-operates and works effectively with Supervisory / Lead personnel and provides training as needed. | 12 |
| 11 | JUDGEMENT - Employee displays a willingness to make decisions, while including needed people in the process. Displays sound, common sense judgements. | 12 |
| 12 | RESPECT FOR COMPANY EQUIPMENT - Employee properly uses and maintains company equipment and reports defective, malfunctioning and equipment out of calibration. | 15 |
| 13 | PAPERWORK ACCURACY - Employee completes ALL work related paperwork accurately and on time. (Includes time cards, labor cards, WIP sheets, test sheets, etc.) | 15 |
| 14 | FLEXIBILITY - Employee is flexible in performing varied work assignments. Readily accepts new and different work assignments when requested. | 16 |

| | |
|---|---|
| WORK PERFORMANCE SCORES | 203 |
| JOB SKILL SCORES | 134 |
| EMPLOYEE TOTAL SCORES | 337 |