IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE S. GARZA, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CA: H-4:12-cv-03532 |
| | § | Jury |
| NATIONAL OILWELL VARCO, LP, | § | |
| Defendant | § | |

## PLAINTIFF'S EXHIBIT LIST

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

    Plaintiff submits the following list of exhibits which may be used in trial:

| Description | Admitted | Denied |
|---|---|---|
| 1. Defendant's NonDiscrimination and Sexual Harassment Policy (February 12, 1988) | _____ | _____ |
| 2. Plaintiff's Performance Evaluation (July 28, 2005) | _____ | _____ |
| 3. Plaintiff's Hire Form (September 26, 2005) | _____ | _____ |
| 4. Plaintiff's Job Application (January 5, 2006) | _____ | _____ |
| 5. Plaintiff's Performance Evaluation (March 29, 2006) | _____ | _____ |
| 6. Plaintiff's Performance Evaluation (April 26, 2007) | _____ | _____ |
| 7. Plaintiff's Training Records (2007) | _____ | _____ |
| 8. Plaintiff's Training Record (July 25, 2007) | _____ | _____ |
| 9. Steven Hunt Job Offer (August 26, 2008) | _____ | _____ |
| 10. Steven Hunt's W-4 (September 4, 2008) | _____ | _____ |
| 11. Steven Hunt (Safety Training) (September 4, 2008) | _____ | _____ |
| 12. Steven Hunt (Conversion to Regular Employee) (December 12, 2008) | _____ | _____ |
| 13. Steven Hunt Personnel File (Excerpts) | _____ | _____ |

Page 2

14. Steven Hunt First Warning (January 12, 2009)          _____  _____

15. Stephen Hunt (Verbal Warning) ( March 24, 2009)       _____  _____

16. Written Warning (Jose Garza) (April 27, 2009)         _____  _____

17. Jose Garza Affidavit (April 29, 2009)                 _____  _____

18. Bill Butler Investigation Statement (April 29, 2009)  _____  _____

19. William Goff Investigation Statement (April 30, 2009) _____  _____

20. Rudy Lopez Investigation Statement (April 30, 2009)   _____  _____

21. Miguel Gutierrez Investigation Statement
(April 30, 2009)                                          _____  _____

22. Meredith Black Investigation Notes (May 1, 2009)      _____  _____

23. Suspension/Final Warning (Jose Garza)
(May 1, 2009)                                             _____  _____

24. EEOC Correspondence to NOV (May 7, 2009)              _____  _____

25. Verbal and Written Warning (Jose Garza)
(August 14, 2009)                                         _____  _____

26. Bill Butler Email Regarding Plaintiff's Termination
(October 28, 2009)                                        _____  _____

27. Plaintiff's Affidavit of Facts (October 28, 2009)     _____  _____

28. Plaintiff's Termination Slip (October 28, 2009)       _____  _____

29. Plaintiff's COBRA Notification Letter
(November 10, 2009)                                       _____  _____

30. Plaintiff's Wages Increases
(April 2006 to August 2008)                               _____  _____

31. Plaintiff's Wage Records at NOV (2005-2009)           _____  _____

32. NOV Training Attendance Sheet (August 10, 2010)       _____  _____

Page 3

33. Sexual Harassment and Equal Employment Opportunity
Training (November 1, 2010)                                                  _____  _____

34. Steven Hunt Written Warning (January 17, 2011)                            _____  _____

35. Steven Hunt Termination Form (March 10, 2011)                             _____  _____

36. EEOC Determination (June 18, 2012)                                        _____  _____

37. Plaintiff's Wage History (2010-2014)                                      _____  _____

Respectfully submitted,

BY: _____
Peter Costea
TBN 04855900
Three Riverway, Suite 1800
Houston, Texas 77056
Tel. 713/337-4304
Fax 713/659-5302
ATTORNEY FOR PLAINTIFF
JOSE S. GARZA

CERTIFICATE OF SERVICE

I certify that on July 11, 2014 a true and correct copy of the foregoing pleading was served electronically by the clerk of the court on counsel for the Defendant, Mr. Jacob Credeur, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., One Shell Square, 701 Poydras Street, Suite 3500, New Orleans, Louisiana 70139.

_____
Peter Costea