UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JOSE S. GARZA                                                     Civil Action No. 4:12-cv-03532
        Plaintiff

                                                            Judge Nancy F. Atlas

v.

NATIONAL OILWELL VARCO, L.P.
        Defendant

## WITNESS LIST OF DEFENDANT NATIONAL OILWELL VARCO, L.P.

Defendant National Oilwell Varco, L.P., (hereinafter "Defendant" or "NOV") hereby submits its Witness List, stating as follows:

## MAY CALL

1. Jose Garza

   Subject of Information: Mr. Garza is expected to testify regarding his claims against NOV.

2. William Goff, Sr.

   Subject of Information: Mr. Goff is expected to testify about facts supporting NOV's defenses.

3. Rudy Lopez
   11919 FM 529
   Houston, Texas 77041

   Subject of Information: Mr. Lopez is expected to testify about facts supporting NOV's defenses.

4. Bill Butler
   6390 N. Eldridge Pkwy.
   Houston, Texas 77041

   Subject of Information: Mr. Butler is expected to testify about facts supporting NOV's defenses and consistent with his deposition testimony.

5. Jack Landis
11919 FM 529
Houston, Texas  77041

Subject of Information:  Mr. Landis is expected to testify about facts supporting NOV's defenses, including facts surrounding the termination of Plaintiff's employment, and consistent with his deposition testimony.

6. Kevin Warren

Subject of Information:  Mr. Warren is expected to testify about facts supporting NOV's defenses, including facts surrounding the termination of Plaintiff's employment.

7. Meredith Black Bruce
10000 Richmond Avenue
Houston, TX  77042

Subject of Information:  Ms. Bruce is expected to testify about facts supporting NOV's defenses, including her investigation into Plaintiff's claims in April/May 2009, and consistent with her deposition testimony.

8. Bob Miller

Mr. Miller is expected to testify about facts supporting NOV's defenses, Plaintiff's employment, and consistent with his deposition testimony.

9. James Posada

Mr. Posada may testify regarding facts related to Plaintiff's claims or Defendant's defenses.

10. Steven Hunt

Mr. Hunt may testify regarding facts related to Plaintiff's claims or Defendant's defenses.

11. Enrique Castellanos

Mr. Castellanos may testify regarding facts related to Plaintiff's claims or Defendant's defenses.

12. Anirban Banerjee

Mr. Banerjee may testify regarding facts related to Plaintiff's claims or Defendant's defenses.

13. Jeff Dodd
    10000 Richmond Avenue
    Houston, TX  77042

    Mr. Dodd may testify regarding facts related to Plaintiff's claims or Defendant's defenses.

14. Miguel Gutierrez
    11919 FM 529
    Houston, Texas  77041

    Mr. Gutierrez may testify regarding facts related to Plaintiff's claims or Defendant's defenses.

15. Lon Allchin
    10000 Richmond Avenue
    Houston, TX  77042

    Mr. Allchin may testify regarding facts related to Plaintiff's claims or Defendant's defenses.

16. Richard Urquhart

    Mr. Urquhart may testify regarding facts related to Plaintiff's claims or Defendant's defenses.

17. Alfredo Amaya

    Mr. Amaya may testify regarding facts related to Plaintiff's claims or Defendant's defenses.

18. Marco Calderon
    11919 FM 529
    Houston, Texas  77041

    Mr. Calderon may testify regarding facts related to Plaintiff's claims or Defendant's defenses.

19. Jose Roberto Lanzas
    11919 FM 529
    Houston, Texas  77041

    Mr. Lanzas may testify regarding facts related to Plaintiff's claims or Defendant's defenses.

20. Jose Amancio Martinez

      Mr. Martinez may testify regarding facts related to Plaintiff's claims or Defendant's defenses.

21.     Luis Rodriguez
      11919 FM 529
      Houston, Texas 77041

      Mr. Rodriguez may testify regarding facts related to Plaintiff's claims or Defendant's defenses.

22.     Fredy Rubiano
      11919 FM 529
      Houston, Texas 77041

      Mr. Rubiano may testify regarding facts related to Plaintiff's claims or Defendant's defenses.

23.     Richard Tellez

      Mr. Tellez may testify regarding facts related to Plaintiff's claims or Defendant's defenses.

24.     Julissa Barrios

      Ms. Barrios may testify regarding facts related to Plaintiff's claims.

        Respectfully submitted,

        */s/ Christopher E. Moore*
        Christopher E. Moore, Esq.
        (Attorney-in-Charge)
        TX State Bar No. 24052778
        SDTX Admission No.  713063
        Christine M. White, Esq.
        Texas Bar No. 24068713
        SDTX Admission No.  712655
        Jennifer L. Englander, Esq.
        LA State Bar No. 29572
        SDTX Admission No. 1430436
        Ogletree, Deakins, Nash, Smoak
         & Stewart, P.C.
        One Shell Square
        701 Poydras St., Suite 3500
        New Orleans, LA 70139
        Telephone:  (504) 648-3840
        Facsimile:  (504) 648-3859
        Electronic Mail:
        christopher.moore@ogletreedeakins.com
        christine.white@ogletreedeakins.com
        jennifer.englander@ogletreedeakins.com

        Attorneys for Defendant
        National Oilwell Varco, L.P.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Defendant's Witness List has been served on the following counsel of record via the Court's Electronic Filing/Notification System:

> Peter Costea, Esq.
> Three Riverway, Suite 1800
> Houston, Texas 77056
> Telephone: (713) 337-3304
> Facsimile: (713) 659-5302
> Electronic mail: costealaw@yahoo.com

This 11th day of July, 2014.

> */s/ Christopher E. Moore*

17079450.1