UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JOSE S. GARZA  
    Plaintiff

v.

NATIONAL OILWELL VARCO, L.P.  
    Defendant

Civil Action No. 4:12-cv-03532

Judge Nancy F. Atlas  
Case Manager: Shelia Ashabranner

Courtroom Deputy:_____

Court Reporter:_____

Proceeding:  TRIAL_____

## EXHIBIT LIST OF DEFENDANT NATIONAL OILWELL VARCO, L.P.

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 1. | 4/29/09 Affidavit of Fact by Jose Garza, NOV-JSG 000152 | | | | |
| 2. | 10/28/09 Affidavit of Facts by Jose Garza, NOV-JSG 000153-000155 | | | | |
| 3. | Selected documents from personnel file of Jose Garza, NOV-JSG 000156-000189 | | | | |
| 4. | 10/28/09 Employee Data Form for Jose Garza, NOV-JSG 000194 | | | | |
| 5. | 10/30/09 statement of Bill Butler, NOV-JSG 000198 | | | | |
| 6. | 4/24/09 Corrective Action to Jose Garza, NOV-JSG 000191 | | | | |
| 7. | Statement of Jack Landis, NOV-JSG 000195 (typed) NOV-JSG 000389 (handwritten) | | | | |
| 8. | Statement of Kevin Warren, NOV-JSG 000196 | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 9. | Statement of Rudy Lopez, NOV-JSG 000197 | | | | |
| 10. | 4/30/09 Statement of Rudy Lopez, NOV-JSG 000199 | | | | |
| 11. | 4/30/09 Statement of William Goff, NOV-JSG 000200 | | | | |
| 12. | 4/29/09 Statement of Bill Butler, NOV-JSG 000201-000202 | | | | |
| 13. | 4/30/09 Statement of Miguel Gutierrez, NOV-JSG 000203 | | | | |
| 14. | 7/10/07 Corrective Action to Jose Garza, NOV-JSG 000190 | | | | |
| 15. | 5/1/09 Corrective Action to Jose Garza, NOV-JSG 000192 | | | | |
| 16. | 8/13/09 Corrective Action to Jose Garza, NOV-JSG 000193 | | | | |
| 17. | 10/27/09 Statement of Rudy Lopez, NOV-JSG 000204 | | | | |
| 18. | Consent and Release Forms, NOV-JSG 000210-000211 | | | | |
| 19. | Meredith (Black) Bruce Investigation File, NOV-JSG 000212-000221 | | | | |
| 20. | Jose Garza's W-2s from 2005-2013 | | | | |
| 21. | Jose Garza's medical records from Christus St. Catherine Hospital, NOV-JSG 000227-000253 | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE ||
| --- | --- | --- | --- | --- | --- |
| | | | | ADMIT | N/ADM |
| 22. | NOV EEO Non-Discrimination and Anti-Harassment Policy, NOV-JSG 000260-000262 | | | | |
| 23. | NOV Sexual Harassment Policy, NOV-JSG 000263-000265 | | | | |
| 24. | Jose Garza Application for Employment, NOV-JSG 000271-000274 | | | | |
| 25. | Jose Garza Training File - NOV-JSG 000266-000293 | | | | |
| 26. | Jose Garza vacation request, NOV-JSG 000294-000295 | | | | |
| 27. | Jose Garza's medical records from Memorial Hermann Medical Group, NOV-JSG 000370-000388 | | | | |
| 28. | Jose Garza's time records from January 2009 – October 2009, NOV-JSG 000499-000542 | | | | |
| 29. | Jose Garza's earnings records from subsequent employers | | | | |
| 30. | Voluntary Personal Information Form, NOV-JSG 000305 | | | | |
| 31. | Jose Garza's 5/6/2009 Charge of Discrimination | | | | |

Respectfully submitted,

*/s/ Christopher E. Moore*
Christopher E. Moore, Esq.
(Attorney-in-Charge)
TX State Bar No. 24052778
SDTX Admission No.  713063
Christine M. White, Esq.
TX State Bar No. 24068713
SDTX Admission No.  712655
Jennifer L. Englander, Esq.
LA State Bar No. 29572
SDTX Admission No. 1430436
Ogletree, Deakins, Nash, Smoak
    & Stewart, P.C.
One Shell Square
701 Poydras St., Suite 3500
New Orleans, LA 70139
Telephone:  (504) 648-3840
Facsimile:  (504) 648-3859
Electronic Mail:
christopher.moore@ogletreedeakins.com
christine.white@ogletreedeakins.com
jennifer.englander@ogletreedeakins.com

Attorneys for Defendant
National Oilwell Varco, L.P.

4

5

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant's Exhibit List has been served on the following counsel of record via the Court's Electronic Filing/Notification System:

>Peter Costea, Esq.
>Three Riverway, Suite 1800
>Houston, Texas 77056
>Telephone: (713) 337-3304
>Facsimile: (713) 659-5302
>Electronic mail: costealaw@yahoo.com

This 11th day of July, 2014.

>/s/ Christopher E. Moore
>Christopher E. Moore

17078909.1