IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE S. GARZA, | S | |
| Plaintiff | S | |
| | S | |
| v. | S | CA: H-4:12-cv-03532 |
| | S | Jury |
| NATIONAL OILWELL VARCO, LP, | S | |
| Defendant | S | |

PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBITS

THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff objects to the following exhibits of the Defendant on grounds of hearsay: Defendants' Exhibit 5, Defendant's Exhibit 7, Defendant's Exhibit 8, Defendant's Exhibit 9, and Defendant's Exhibit 17.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully moves the court to sustained Plaintiff's Objections.

Respectfully submitted,

BY: _____
Peter Costea
TBN 04855900
Three Riverway, Suite 1800
Houston, Texas 77056
Tel. 713/337-4304
Fax 713/659-5302
ATTORNEY FOR PLAINTIFF
JOSE S. GARZA

## CERTIFICATE OF SERVICE

    I certify that on July 14, 2014 a true and correct copy of the foregoing pleading was served electronically by the clerk of the court on counsel for the Defendant, Mr. Jacob Credeur, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., One Shell Square, 701 Poydras Street, Suite 3500, New Orleans, Louisiana 70139.

_____
Peter Costea

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE S. GARZA, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CA: H-4:12-cv-03532 |
| | § | Jury |
| NATIONAL OILWELL VARCO, LP, | § | |
| Defendant | § | |

The court makes the following rulings on Plaintiff's Objections to Defendant's Exhibits:

Defendants' Exhibit 5 Sustained: _____  Overruled: _____

Defendants' Exhibit 7 Sustained: _____  Overruled: _____

Defendants' Exhibit 8 Sustained: _____  Overruled: _____

Defendants' Exhibit 9 Sustained: _____  Overruled: _____

Defendants' Exhibit 17 Sustained: _____  Overruled: _____

Signed this _____ day of _____, 2014.

_____
Nancy Atlas, US District Judge