IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE S. GARZA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-3532 |
| | § | |
| NATIONAL OILWELL VARCO, L.P., | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

The mediator appointed by the parties in this case has informed the Court that the parties have agreed to the monetary terms of a settlement of all claims. The non-monetary terms, if any, and the final form of settlement agreement remain to be worked out. The Court concludes that it would not be productive to hold Docket Call today, as scheduled. Nevertheless, this case remains set for trial on August 11, 2014, at 9:00 a.m. It is therefore

**ORDERED** that Docket Call in this case is **continued** one week, until **Monday, July 28, 2014, at 3:30 p.m.** Counsel and the parties must appear at Docket Call at the reset time unless the case is fully settled.

SIGNED at Houston, Texas, this **21st** day of **July, 2014.**

Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2012\3532Continuance.wpd   140721.1424